■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ALDO MORELLI, Appellant. [874 NYS2d 857]—Appeal by the defendant, as limited by his motion, from a sentence of the County Court, Westchester County (Zambelli, J.), imposed November 13, 2007, on the ground that the sentence was excessive.

Ordered that the sentence is affirmed. No opinion. Prudenti, P.J., Rivera, Dillon and Belen, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v EDWARD PERRY, Appellant. [874 NYS2d 384]—Appeal by the defendant from a judgment of the County Court, Suffolk County (Crecca, J.), rendered August 18, 2006, convicting him of manslaughter in the first degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

To the extent that the defendant's contentions regarding the alleged involuntariness of his guilty plea and the ineffectiveness of his counsel can be reviewed in light of his waiver of his right to appeal, the record refutes his claims (*see People v Ramsey,* 49 AD3d 565 [2008]). To the extent that the defendant's claims are predicated on matter dehors the record, they may not be reviewed on direct appeal (*see People v Rusielewicz,* 45 AD3d 704 [2007]). Mastro, J.P., Fisher, Florio and Eng, JJ., concur.